UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHELLY ALEXANDER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) ) ) ) | 5:22-CV-69-BO |
| Defendant. | ) ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for summary judgment [DE 13] is GRANTED and defendant's motion for judgment on the pleadings [DE 16] is DENIED.

This case is closed.

**This judgment filed and entered on March 1, 2023, and served on:**
Michael Bertics (via CM/ECF NEF)
Stephen Camak (via CM/ECF NEF)
Mark Dorval (via CM/ECF NEF)
Mark Goldenberg (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

March 1, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk