IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:22-CV-69-BO

| | |
|---|---|
| SHELLY ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | ORDER APPROVING<br>MOTION FOR<br>ATTORNEY FEES PURSUANT<br>TO 42 U.S.C. §406(b) |

Plaintiff's counsel files a motion for approval of attorney's fees under section 406(b) of the Social Security Act, 42 U.S.C. ' 406(b), in the amount of $15,400.50. Attorney's fees under section 406(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. ' 406(b). Counsel for plaintiff shall refund the lesser of the amount awarded under 42 U.S.C. ' 406(b) and the $5,250.00 awarded under the Equal Access to Justice Act (EAJA).

Defendant filed a response stating that, under Gisbrecht v. Barnhardt, 535 U.S. 789, 122 S. Ct. 1817 (2002), it is the duty of the Court to determine a reasonable fee.

IT IS HEREBY ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. ' 406(b) in the amount of $15,400.50.

SO ORDERED, this the 16 day of November, 2023.

_____
TERRENCE W. BOYLE
United States District Judge