UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHELLY ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| KILOLO KIJAKAZI, ) | 5:22-CV-69-BO |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's counsel be awarded fees under 42 U.S.C. 406(b) in the amount of $15,400.50.

**This judgment filed and entered on November 20, 2023, and served on:**
Michael Bertics (via CM/ECF NEF)
Stephen Camak (via CM/ECF NEF)
Mark Dorval (via CM/ECF NEF)
Mark Goldenberg (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

November 20, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk